■ In the Matter of VINCENT A. MARCHISELLI et al., Appellants, v ROBERT S. BLACK et al., Respondents. — Order and judgment (one paper), Supreme Court, Bronx County, entered on or about October 12, 1984, unanimously affirmed, without cost and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Milonas and Alexander, JJ.